# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Joe Nathan James Jr., (Et Al.)
Name under which you were convicted

Z-610
Your prison number

CIVIL ACTION NO. 21-CV-453-CG-MU
(To be supplied by Clerk of Court)

vs. Steve Marshall;

Kay Ivey
Name of Defendant(s)

Holman Correctional Facility
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 12/1/2020

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $402.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. <u>See</u> Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do</u> <u>not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

**I. PREVIOUS LAWSUITS.**

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes ( )    No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes (✓)    No ( )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: Joe Nathan James Jr.

   Defendants: Terry Raybon ; Jefferson S. Dunn

   2. Court (if federal court, name the district; if state court, name the county): United States District Court for the Southern District of Alabama

   3. Docket Number: 20-0299-CG-MU

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes ( )    No (✓)

   5. Name of judge to whom the case was assigned: P. Bradley Murray

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   dismissed without prejudice for being malicious

   7. Approximate date of filing lawsuit: May 31, 2020

   8. Approximate date of ruling by court: July 20, 2020

3

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Holman Prison

B. Date it occurred: ongoing

C. Is there a prisoner grievance procedure in this institution?  NO

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )    No (✓)

E. If your answer is YES:

   1. What steps did you take? N/A

   2. What was the result? N/A

F. If your answer is NO, explain why not: N/A

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

The defendants have and continue to use the special Habeas Corpus Procedures of 28 U.S.C. §§ 2261-2266 that are reserved for states that qualify for opt-in status, under chapter 154 the defendants have benefited by speeding up filing deadlines, procedurally barring claims and appeals, and by a strict change in the scope of federal review, Therefore I bring this suit on behalf of myself and others that are similarly situated because the State of Alabama does not qualify for opt-in status, specifically the State does not have a post conviction capital counsel mechanism in place and therefore does not meet the statutory requirements, the defendants have procedurally barred claims in my appeal, have sped up my filing deadlines effecting the substance of my filings and have caused the scope of federal review to be narrowed, limiting the relief to be gained

4

## III. PARTIES.

A. Plaintiff (Your name/AIS): Joe Nathan James Jr. #Z-610 K-25

   Your present address: Holman 3700 Atmore, AL. 36503

B. Defendant(s):

1. Defendant (full name) Steve Marshall is employed as Attorney General at _____.

   His/her present address is 501 Washington Ave. Montgomery, AL. 36104.

   (a) Claim against this defendant: have applied procedures in my Case/capital cases, that the State or its agencies are not qualified to apply

   (b) Supporting facts (Include date/location of incident):
   The defendant has caused numerous claims of my appeal to be procedurally barred by use of the special Habeas Corpus Procedures

2. Defendant (full name) Kay Ivey is employed as Governor at State of Alabama.

   His/her present address is 600 Dexter Avenue Montgomery, AL. 36130

   (a) Claim against this defendant: have applied procedures in my Case/capital cases that the State or its agencies are not qualified to apply

   (b) Supporting facts (Include date/location of incident):
   The defendant has caused numerous claims of my appeal to be procedurally barred by use of the special Habeas Corpus Procedures

3. Defendant (full name) N/A is employed as N/A at N/A.

   His/her present address is N/A.

5

(a) Claim against this defendant: _____N/A_____

(b) Supporting facts (Include date/location of incident):

_____N/A_____

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: _Capital Murder during burglary_.

2. When were you convicted? _August 29, 1996_

3. What is the term of your sentence? _death_

4. When did you start serving this sentence? _November 4, 1996_

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )   No (✓)

If so, complete the following:

(a) Date of conviction: _N/A_

(b) Term of sentence: _N/A_

6. What is your expected end of sentence (E.O.S.) date? _N/A_

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✓) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |
| Invalidated | yes( ) no(✓) | yes( ) no(✓) |

6

    Writ of habeas  yes( ) no(✓)      yes( ) no(✓)
    corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____ N/A _____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

order the defendants to restore all claims and appeals that have been barred or dismissed through use of the special procedures and cause a moratorium to issue in the State of Alabama on all executions

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

10/12/21
Date

_Joe N. James #Z-610_
(Signature of Plaintiff Under Penalty of Perjury)

K-25 Holman 3700
Current Mailing Address

Atmore, AL. 36503

N/A
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

Previous lawsuits:

1. James v. Bailey, CA No. 2:96-CV-01053-SLB-ETC (N.D. Ala. Oct. 11, 1996).
2. James v. Alabama, CA No. 5:96-CV-001340-ELN-ETC (N.D. Ala. July 22, 1996).
3. James v. Bailey, CA No. 2:96-CV-01523-JFG-ETC (N.D. Ala. Oct. 11, 1996).
4. James v. Raybon, Et Al., civil action: 20-0299-CG-MU
5. James v. Raybon, Et Al., civil action: mailed on 10/4/2021
6. James v. Raybon, civil action: mailed on 9/29/2021

Habeas Actions:

1. James v. Garrett, CA No. 2:95-CV-01115-SLB-ETC (N.D. Ala. Jan. 15, 1997).
2. James v. Culliver, CA No. 2:10-CV-02929-CLS-HGD (N.D. Ala. Sept. 30, 2014), Aff'd, James v. Warden, ___ F.3d ___ (11th Cir. July 1, 2020

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

2.6

Joe N. James  Z-610
K-25
Holman 3700
Atmore, AL. 36503



To: Clerk of
United States District Court
Southern District of Alabama
155 Saint Joseph St.
Mobile, AL. 36602

Legal Mail

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.