# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOE NATHAN JAMES, JR., Z-160, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 21-453-CG-MU |
| | ) |
| STEVEN MARSHALL, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** without prejudice because the Court lacks subject-matter jurisdiction.

**DONE and ORDERED** this 11th day of April, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE